# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 6287 | **DATE** | 9/24/2003 |
| **CASE TITLE** | Directv, Inc. vs. Peter Blahuta, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)    ☐ Local Rule 41.1    ☐ FRCP41(a)(1)    ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. This Court agrees with its colleagues. It too dismisses this action for misjoinder, albeit obviously without prejudice to DirectTv's right to proceed with a new separate one-defendant action against each of the three defendants named here.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | SEP 25 2003 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 9/24/2003 date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |
| | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DIRECTV, INC., )
)
Plaintiff, )
)
v. ) No. 03 C 6287
)
PETER BLAHUTA, et al., )
)
Defendants. )

MEMORANDUM ORDER

This Court has recently learned that although our District Court's random assignment system has delivered only this action brought by DirecTV, Inc. ("DirecTV") to its calendar, DirecTV is plaintiff in some 80 or so other cases that have landed on the calendars of various of its colleagues via like random assignments. More importantly, this Court has learned of opinions issued by its colleagues Honorable Ruben Castillo and Honorable Suzanne Conlon identifying problems that are posed by this case as well.

On June 3, 2003 Judge Castillo entered short memorandum orders in Case Nos. 03 C 3459, 03 C 3463 and 03 C 3499, and on September 18 Judge Conlon issued an order and opinion in Case No. 03 C 3540, each of them determining that the joinder of multiple unrelated defendants (as DirecTV has also done here) is improper. Judge Conlon's opinion also points out that by engaging in that practice, DirecTV has "managed to avoid paying approximately $61,500 in filing fees" that would have been payable if each



defendant had been named in a separate lawsuit.

This Court agrees with its colleagues. It too dismisses this action for misjoinder, albeit obviously without prejudice to DirecTV's right to proceed with a new separate one-defendant action against each of the three defendants named here.

One word of caution: This District Court's LR 40.3(b)(2) provides that when any action is dismissed and when a second action is filed involving the same parties and relating to the same subject matter, the second case is to be assigned not at random but to the judge who had the original case on his or her calendar. If and when DirecTV does refile such separate actions against the present defendants, only one of those cases (which DirecTV may select) will qualify for such automatic reassignment to this Court's calendar. Each of the other cases will be subject to random assignment.

                                                                       _____
                                                        Milton I. Shadur
                                                        Senior United States District Judge

Date: September 24, 2003